UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCUS E. MEANS,

    Plaintiff,

v.                                      Case No.:  3:13cv641/MCR/EMT

STATE OF FLORIDA, et al.,

    Defendants.
_____/

## ORDER

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated October 31, 2014 (doc. 20).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1), but has failed to do so.  I have made a de novo determination of the matter, and have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an Order of the Court.

**DONE AND ORDERED** this 1st day of December 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**